**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Dustin Shirley, *on behalf of himself and all others similarly situated* | Case No. 2:21-cv-13007-SFC-KGA |
| | Hon. Judge Sean F. Cox |
| Plaintiff, | U.S. District Judge |
| v. | Hon. Kimberly G. Altman |
| | U.S. Magistrate Judge |
| Rocket Mortgage, LLC, | |
| Defendant. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME <u>FOR ROCKET MORTGAGE, LLC TO RESPOND TO COMPLAINT</u>**

It is hereby agreed by and between Rocket Mortgage, LLC ("Rocket Mortgage") and Plaintiff Dustin Shirley ("Plaintiff") that Rocket Mortgage shall have up to and including February 28, 2022 by which to respond to Plaintiff's Complaint.

The Compliant was originally served on January 6, 2022, and Rocket Mortgage's response is currently due January 27, 2022. This is Rocket Mortgage's first such request for an extension to respond to the Complaint, and is sought in good faith as a result of conflicts with a previously scheduled trial and vacation for Rocket Mortgage's counsel. A proposed order to this effect is being submitted concurrently with this stipulation.

Dated:   January 14, 2022

Respectfully submitted,

| | |
|---|---|
| /s/Sergei Lemberg (with permission) | /s/ Jeffrey B. Morganroth |
| Sergei Lemberg, Esq. | Jeffrey B. Morganroth (No. 41670) |
| LEMBERG LAW, L.L.C | MORGANROTH & MORGANROTH PLLC |
| 43 Danbury Road, 3rd Floor | 344 North Old Woodard Avenue, Suite 200 |
| Wilton, CT 06897 | Birmingham, MI  48009 |
| Tel.: (203) 653-2250 | Tel.: (248) 864 4000 |
| Fax: (203) 653-3424 | Fax: (248) 864 4001 |
| slemberg@lemberglaw.com | jmorganroth@morganrothlaw.com |
| | |
| *Attorneys for Plaintiff* | W. Kyle Tayman |
| | Brooks R. Brown |
| | GOODWIN PROCTER LLP |
| | 1900 N Street, NW |
| | Washington, DC  20036 |
| | Tel.: (202) 346 4000 |
| | Fax: (202) 346 4444 |
| | BBrown@goodwinlaw.com |
| | KTayman@goodwinlaw.com |
| | |
| | *Counsel for Rocket Mortgage, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

   /s/ Jeffrey B. Morganroth
   Jeffrey B. Morganroth

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Dustin Shirley, *on behalf of himself and all others similarly situated*<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Rocket Mortgage, LLC,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-13007-SFC-KGA<br><br>Hon. Judge Sean F. Cox<br>　　U.S. District Judge<br><br>Hon. Kimberly G. Altman<br>　　U.S. Magistrate Judge |

## ORDER GRANTING EXTENSION OF TIME FOR ROCKET MORTGAGE, LLC TO RESPOND TO COMPLAINT

Upon consideration of the stipulation filed by the parties, it is ORDERED that Defendant, Rocket Mortgage, LLC shall be GRANTED an extension of time to respond to the Plaintiff's complaint until February 28, 2022.

Dated: January 14, 2022　　　　　　　　　s/Sean F. Cox
　　　　　　　　　　　　　　　　　　　　Sean F. Cox
　　　　　　　　　　　　　　　　　　　　U. S. District Judge