# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Dustin Shirley, *on behalf of himself and others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Rocket Mortgage, LLC,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-13007-SFC-KGA<br><br>Hon. Judge Sean F. Cox<br>　　U.S. District Judge<br><br>Hon. Kimberly G. Altman<br>　　U.S. Magistrate Judge |

### DECLARATION OF AMY COURTNEY

I, Amy Courtney, hereby declare and state as follows:

1.　　I am a Principal Data Analyst at Rock Central, LLC, an affiliate of Rocket Mortgage, LLC ("Rocket Mortgage").

2.　　I have been employed by Rock Central as a Principal Data Analyst since May 18, 2020. In this role and my prior positions at Rocket Mortgage (f/k/a Quicken Loans, LLC)—where I have worked continuously since January 7, 2002—I have had various duties and responsibilities relating to reviewing, analyzing, collecting and identifying call and text records, client data, website pages and other data and information maintained in the ordinary course of business in Rocket Mortgage's systems of record.

3.　　As part of Rocket Mortgage's business model, its team members contact individuals who have expressed an interest in obtaining a mortgage loan or

1

refinance and who have consented to being contacted about mortgage services. While some individuals visit RocketMortgage.com or call the company's direct line, others visit and provide consent to be contacted through other websites, such as those run and owned by LMB Mortgage Services, Inc. d/b/a LowerMyBills.com ("LMB"). LMB is company related to and affiliated with Rocket Mortgage, and both companies share the same parent company, RKT Holdings LLC.

4.  From my review of the complaint in this lawsuit, I understand that Plaintiff Dustin Shirley ("Shirley") alleges that Rocket Mortgage sent outbound text messages to his cellular telephone number ending in "7546."

5.  As a result of my duties and responsibilities at Rocket Mortgage, I have personal knowledge about Rocket Mortgage's records (electronic and hard copy) concerning communications and interactions between Rocket Mortgage and clients that are maintained in the ordinary course of business. As part of my duties at Rock Central, I am regularly called upon to identify, collect, and review such available records.

6.  I testify to the matters herein based upon my personal knowledge and experience, my review of Rocket Mortgage's non-privileged records available to me in the regular course of my duties, and my review of the complaint. The information provided herein is true and correct to the best of my current knowledge.

2

7. Rocket Mortgage's business records reflect that, on August 15, 2021, Rocket Mortgage received information from LMB that "Dustin Shirley" had submitted contact and other personal information about himself, including a phone number starting in "817" and ending in "7546" (the same digits as the phone number identified in the Complaint), an email address, and a physical address in Fort Worth, Texas, to LMB as part of an inquiry to obtain information about a mortgage refinance.

8. Based upon my review of Rocket Mortgage's business records, Rocket Mortgage did not contact "Shirley" in August of 2021 until after it received his information from LMB on August 15, 2021.

9. In August of 2021, Rocket Mortgage's Terms of Use had a mandatory arbitration provision.

10. Attached as **Exhibit 1** to this Declaration is a true and correct copy of Rocket Mortgage's Terms of Use that were used in August 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2022

_____
Amy Courtney