# EXHIBIT A-1

# Terms Of Use

YOUR USE OF THIS APPLICATION AND YOUR TRANSACTIONS CONDUCTED WITH THE COMPANY IN CONNECTION WITH THIS APPLICATION ARE SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS, ALSO REFERRED TO AS "TERMS OF USE". CLICKING ONTO PAGES BEYOND THE APPLICATION 'S HOMEPAGE CONSTITUTES YOUR ACCEPTANCE OF AND AGREEMENT WITH THE TERMS OF USE WHETHER OR NOT YOU COMPLETE A TRANSACTION WITH THE COMPANY AND WHETHER OR NOT YOU COMPLETE YOUR TRANSACTION ON THE APPLICATION OR THROUGH OTHER CHANNELS, SUCH AS BY PHONE, BY Email, FACSIMILE OR OTHERWISE. IF YOU DO NOT AGREE TO THE TERMS OF USE, YOU MAY NOT USE THIS APPLICATION.

# Terms Of Use

Application Ownership

This application is owned and operated by Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226, which is referred to below as "Rocket Mortgage" or "we" or "us" or "Company" or "our."

Permitted Use

You agree that:

1. your use of this application is subject to and governed by these Terms of Use,
2. you will only access or use this application and transact business with us if you are at least 18 years old,
3. you will comply with and be bound by these Terms of Use as they appear on this application each time you access and use this application,
4. each use of this application by you indicates and confirms your assent to and agreement to be bound by these Terms of Use, and
5. these Terms of Use are a legally binding agreement between you and Rocket Mortgage that will be enforceable against you.

You agree that you will not use or attempt to use this application for any purpose other than conducting mortgage banking related business with Rocket Mortgage as a bona fide client of Rocket Mortgage; you may not use or attempt to use this application or any part of this application for any purpose:

1. that interferes with or induces a breach of the contractual relationships between Rocket Mortgage and its employees,
2. that is any way unlawful or prohibited, or that is harmful or destructive to anyone or their property,
3. that transmits any advertisements, solicitations, schemes, spam, flooding, or other unsolicited Email, unsolicited commercial communications,
4. that transmits any harmful or disabling computer codes or viruses,
5. that harvests Email addresses from this application,
6. that transmits unsolicited Email to this application,
7. that interferes with our network services;
8. that attempts to gain unauthorized access to our network services,
9. that suggests an express or implied affiliation with Rocket Mortgage or broker relationship with Rocket Mortgage (without the express written permission of Rocket Mortgage),
10. that impairs or limits our ability to operate this application or any other person's ability to access and use this application, and/or
11. that unlawfully impersonates or otherwise misrepresents your affiliation with any person or entity;
12. that harms minors in any way, including, but not limited to, transmitting or uploading content that violates child pornography laws, child sexual exploitation laws and laws prohibiting the depiction of minors engaged in sexual conduct;
13. that transmits or uploads pornographic, violent, obscene, sexually explicit, discriminatory, hateful, threatening, abusive, defamatory, offensive, harassing, or otherwise objectionable content or images;
14. that harms, threatens, harasses, abuses or intimidates another person in any way or involves images or content that depicts, promotes, encourages, indicates, advocates or tends to incite the commission of a crime or other unlawful activities;
15. that dilutes or depreciates the name and reputation of Rocket Mortgage or any of its affiliates;
16. that transmits or uploads any content or images that infringes any third party's intellectual property rights or infringes any third party's right of privacy; or
17. that unlawfully transmits or uploads any confidential, proprietary or trade secret information.

## Access To This Application

Rocket Mortgage reserves the right at all times, in its sole discretion and without notice to you, to deny your access to and use of this application.

## Use Of This Application

You agree and acknowledge that you have the sole responsibility and liability for your use of this application and for providing or obtaining, and for maintaining, all of the

hardware, software, electrical power, telecommunications, Internet services, and other products or services necessary or desirable for you to access and use this application.

Intellectual Property Rights

The following marks appearing on this application, including, but not limited to: AMERICA'S HOME LOAN EXPERTS®; FRESH START®; FRESH START FINANCIAL SERVICES®; SMARTARM®; IS A MORTGAGE SUPPOSE TO BE THIS EASY®; LENDER FOR LIFE®; SECURE ADVANTAGE℠; DASH FOR THE CASH®; EQUITY ONLINE℠; POWER BUYER℠; MORTGAGE BY MAIL®; MORTGAGE IN A BOX®; POWER BUYER®; ROCKET LOAN®; THE EASIEST WAY TO GET A HOME LOAN®; HOME LOAN BENEFIT PROGRAM℠; REVENUE PRO℠; WHOLESALE SOLUTIONS℠; THE Q℠; Q ARENA℠ and the respective logos, emblems, slogans and designs are trademarks and/or service marks of Rocket Mortgage, LLC.

"Rocket Mortgage®" is a registered service mark of Intuit Inc., used under license.

All other marks used on this application are the property of their respective owners.

Application Content: You acknowledge and agree that:

- all content, pages, source code, calculations, products, materials, data, information, text, screens, functionality, services, design, layout, screen interfaces, "look and feel", and the operation of this application (collectively "Application Content") are protected by various intellectual property laws, including, but not limited to, copyrights, patents, trade secrets, trademarks, and service marks; and
- all rights associated with the Application Content are owned by Rocket Mortgage, its licensors, or content providers.

Furthermore, you acknowledge and agree that you do not acquire any ownership rights by downloading or viewing any Application Content. You further acknowledge and agree that you will not in any way copy, reproduce, publish, create derivative works from, perform, upload, post, distribute, transfer, transmit, modify, adapt, reverse engineer, frame in any page, or alter the appearance of any Application Content.

You may not use Application Content, domain names (in whole or in part), or Email addresses related to or derived from this application, nor any data, trademarks, functionality, service marks, trade names, brand names and/or logos contained within or

derived from this application, for any purpose; meaning that you may not, among other prohibited uses, use any Application Content, domain names, Email addresses, data, trademarks, service marks, trade names, brand names and/or logos on or derived from this website:

- in or as any meta-tag or hidden text;
- in or as part of any contextual marketing directory, index, or triggering term;
- as content or advertising related to any other application including, but not limited to, comparative/informational applications; and/or
- as a variable or data element in any algorithm that causes another Internet browser to appear on, over, or at the same time as the Company's application or controls the content of any other application.

Submissions: You acknowledge and agree that all submissions to Rocket Mortgage containing any comments, improvements, suggestions, and ideas regarding this application will become and remain our exclusive property, including any future rights associated with such submissions, even if the provisions of these Terms of Use are later modified or terminated. This means that you forever disclaim any proprietary rights in such submissions, and you acknowledge Rocket Mortgage's unrestricted right to use, publish, and commercially exploit, identical, similar, or derivative ideas originating from your submission, in any medium, now and in the future, without notice, compensation or other obligation to you or any other person.

Testimonials: You acknowledge and agree that all testimonials submitted to Rocket Mortgage will become and remain our exclusive property, even if the provisions of these Terms of Use are later modified or terminated. This means that you irrevocably grant to Rocket Mortgage the unrestricted right (now and in the future, without notice, compensation or other obligation to you or any other person) to use your statement, image, likeness, as they may be used, in any medium, in connection with an advertisement or for any other publicity purpose. You further agree that Rocket Mortgage may use any percentage of your testimonial, image, likeness and/or works, in any way that it sees fit, and may exclude your name or use a fictions name herewith.

Linking

Not Responsible For Links to Other websites: For your convenience, this website may provide links to other websites on the World Wide Web. Unless expressly stated otherwise on this website, Rocket Mortgage does not endorse, approve, sponsor or

control, and we are not in any way responsible for, any of the content, services, calculations, information, products or materials available at or through any websites to which this website may provide a link. By using this website you acknowledge and agree that Rocket Mortgage will not be responsible or liable to you or any other person for any damages or claims that might result from your use of such content, services, calculation, information, products or materials.

No Advertising / No Links. Rocket Mortgage does not permit third-party advertising on this website. Except with the written permission of Rocket Mortgage, you agree that you will not create links from any website or Web page to this website or any Web page within this website.

## Revisions And Modifications

You agree and acknowledge that we may revise or change these Terms of Use at any time, without notice to you, and you agree that you will be bound by the provisions of these Terms of Use as they appear on this application at the time you access this application. Because these Terms of Use may change, we encourage you to refer back often to these Terms of Use. In addition, you agree and acknowledge that all other content, services, products and materials on or available through this application are subject to updating and revision without notice to you. You further acknowledge and agree that individual modifications to the Terms of Use may not be altered by contract, unless expressly permitted in writing by the President of Rocket Mortgage.

## Location

You understand and acknowledge that Rocket Mortgage controls and operates this application from within the United States of America. This application provides information regarding services and products that are made available in the United States only. We make no representation that the services or products about which information may be provided on this application will be available (a) anywhere outside of the United States or (b) in every state within the United States. You acknowledge and agree that you are responsible for compliance with all federal, state and local laws applicable to your access to and use of this application.

## User IDs And Passwords

Certain areas or features of this application may be restricted to users who have obtained a user identification and password by completing a registration process described on this application. Please be sure to protect and maintain the confidentiality of any user identification, password or other identifying information you may obtain in connection with your use of this application. You agree to notify Rocket Mortgage immediately if you believe your user identification, password or other identifying information has been lost, stolen or otherwise compromised. You also acknowledge and agree that you are solely responsible for all damages or claims that may arise from any access to or use of this application by any person to whom you have provided your user identification, password or other identifying information, or by any person who has obtained such information from you, including, but not limited to, any access to or use of this application that may occur after you have notified us that your user identification, password or other identifying information has been lost, stolen or otherwise compromised.

Privacy and Security

For information on how Rocket Mortgage uses and protects the personal information that you may provide through this application, please visit: http://www.rocketmortgage.com/legal/security-privacy.

Indemnification

If you make any unauthorized use of this application or violate the Terms of Use: (a) you may be in violation of copyright and other laws of the United States, as well as applicable state laws, and may be subject to penalties, and (b) you may be responsible for damages caused to the Company. You agree to indemnify Rocket Mortgage and its affiliates, vendors and licensors, and all of the employees, officers, directors, agents and representatives of Rocket Mortgage and its affiliates, vendors and licensors, against, and to hold all of them harmless from, all costs, claims, damages, expenses or other losses, including attorney's fees and court costs, that arise from or are related to your use of this application and/or your breach/violation of or failure to comply with the Terms of Use.

Disclaimers

THE APPLICATION CONTENT ON OR AVAILABLE THROUGH THIS WEBSITE ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, ROCKET MORTGAGE DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ALL IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT. ROCKET MORTGAGE MAKES NO REPRESENTATION OR WARRANTY REGARDING THE APPLICATION CONTENT OR ITS USE THEREOF. THE APPLICATION CONTENT ON OR AVAILABLE THROUGH THIS APPLICATION COULD INCLUDE INACCURACIES OR TYPOGRAPHICAL ERRORS AND COULD BECOME INACCURATE BECAUSE OF DEVELOPMENTS OCCURRING AFTER THEIR RESPECTIVE DATES OF PREPARATION OR PUBLICATION. ROCKET MORTGAGE HAS NO OBLIGATION TO MAINTAIN THE CURRENCY OR ACCURACY OF ANY APPLICATION CONTENT ON OR AVAILABLE THROUGH THIS APPLICATION.

YOU ACKNOWLEDGE AND AGREE THAT ROCKET MORTGAGE IS NOT, AND SHALL NOT BE, RESPONSIBLE FOR THE RESULTS OF ANY DEFECTS THAT MAY EXIST IN THIS APPLICATION OR ITS OPERATION. AS TO THE OPERATION OF THIS APPLICATION, ROCKET MORTGAGE EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. ROCKET MORTGAGE MAKES NO REPRESENTATION OR WARRANTY THAT (A) THE OPERATION OF THIS APPLICATION WILL MEET YOUR OR ANY OTHER USER'S REQUIREMENTS; (B) ACCESS TO THE APPLICATION WILL BE UNINTERRUPTED, TIMELY, SECURE, OR FREE OF ERRORS, VIRUSES OR OTHER HARMFUL COMPONENTS; OR (C) ANY DEFECTS IN THIS APPLICATION WILL BE CORRECTED. YOU AGREE THAT YOU, AND NOT ROCKET MORTGAGE, WILL BEAR THE ENTIRE COST OF ALL SERVICING, REPAIR, CORRECTION OR RESTORATION THAT MAY BE NECESSARY FOR YOUR DATA, SOFTWARE PROGRAMS OR COMPUTER EQUIPMENT BECAUSE OF ANY VIRUSES, ERRORS OR OTHER PROBLEMS YOU MAY HAVE AS A RESULT OF USING OR VISITING THIS APPLICATION.

My Property Module

The "My Estimated Home Values" are provided "as is" and all uses are at the user's sole risk. All warranties concerning the values and all underlying data are expressly excluded. The My Estimated Home Values provide an estimated market value generated by proprietary models. The My Estimated Home Values is not an appraisal and is not prepared by a certified or licensed appraiser. THESE VALUES SHOULD NOT BE RELIED UPON AS A VALUE FOR MORTGAGE LOAN ORIGINATION, HOME SALE OR ANY OTHER FINANCIAL PURPOSES.

Limitation Of Liability

YOU AGREE THAT UNDER NO CIRCUMSTANCES WILL ROCKET MORTGAGE BE LIABLE TO YOU OR ANY OTHER PERSON OR ENTITY FOR ANY DAMAGES OR INJURY, INCLUDING ANY DIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES OR ANY DAMAGES OR INJURY CAUSED BY ERROR, INACCURACY, OMISSION, INTERRUPTION, DEFECT, FAILURE OF PERFORMANCE, DELAY IN OPERATION OR TRANSMISSION, TELECOMMUNICATIONS FAILURE OR COMPUTER VIRUS OR OTHER PROBLEM, THAT MAY RESULT FROM THE USE OF, OR THE INABILITY TO USE, THIS APPLICATION OR THE APPLICATION CONTENT ON OR AVAILABLE THROUGH THIS APPLICATION, WHETHER IN AN ACTION ALLEGING BREACH OF CONTRACT, NEGLIGENCE OR ANY OTHER CAUSE OF ACTION, OR ARISING OUT OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF ANY APPLICATION CONTENT ON OR AVAILABLE THROUGH THIS APPLICATION. YOU AGREE THAT ROCKET MORTGAGE SHALL NOT BE LIABLE EVEN IF WE OR OUR AUTHORIZED REPRESENTATIVES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

APPLICABLE LAW MAY NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES OR THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. ACCORDINGLY, SOME OF THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU. HOWEVER, IN NO EVENT SHALL ROCKET MORTGAGE'S TOTAL LIABILITY TO YOU FOR DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN CONTRACT, TORT OR OTHERWISE) EXCEED THE AMOUNT PAID BY YOU, IF ANY, IN ACCESSING OR USING THIS APPLICATION OF APPLICATION CONTENT THEREON.

Communications With Company

Email: For information regarding our Email policy, please visit: http://www.rocketmortgage.com/legal/email-policy.

Time Sensitive Instructions: When communicating with us through this website, PC-talk, chat or via Email, do not use the application, PC-talk, chat or Email to communicate any time-sensitive instructions that are in any way related to or affect your loan, loan application or closing (such as interest rates locks, cancellation of a closing, rescissions, or the like). Such instructions may not be honored. All transactions conducted on this application, PC-talk, chat or via Email, must be confirmed in writing by us to be accepted by and binding upon us.

Loan Approvals: All loan approvals, qualifications, rate locks, deposit and refund agreements, and the like, are only made by Rocket Mortgage in writing. Approvals and qualifications are conditional in accordance with there terms except as be specifically provided for in writing signed by Rocket Mortgage.

Credit Reports: By applying for credit, you are authorizing Rocket Mortgage to obtain a copy of your credit report. As a result, a "hard" inquiry may appear on your credit report. A hard inquiry may negatively affect your credit score.

E-Signature: General communications through this application, PC-talk, chat or via Email are not intended by us to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means, unless a specific statement to the contrary is included in the message and specific e-signature procedures are employed. However, your assent to a "click to accept" button or box is binding upon you.

Recording & Monitoring of Communications: Your communications with us via the application, PC-talk, chat Email, and telephone may be recorded or monitored and by using such communications methods you are consenting to the recording or monitoring of the same.

Contact Methods And Opt-Out

Agreement to calls and information sharing: If you submit to Rocket Mortgage through this application or otherwise you are making an inquiry as to lending programs and services offered by Rocket Mortgage. You understand and agree that if you submit an

inquiry, we may share the information that you provide, including, but not limited to, your full name, birth date, address, telephone number, and social security number with our affiliates so that they may respond to your inquiry. You authorize Rocket Mortgage to share your information, either as provided by you or as corrected by us. You acknowledge that Rocket Mortgage is not a party to any agreement that you may make with an affiliate, and that the affiliate is solely responsible for its services to you. You understand that requirements for a particular product or service, including a mortgage, are determined by the affiliates and that Rocket Mortgage does not endorse, warrant, or guarantee the products or services of any of its affiliates. Nothing in these Terms of Use or on this application constitutes an offer for a loan commitment or interest rate lock agreement. You agree that Rocket Mortgage shall not be liable for any damages or costs which arise from your use of the affiliates' goods or services.

By submitting your contact request for a loan product, you are consenting to be contacted by one or more Affiliates, including One Reverse Mortgage and Rocket Homes, and by our mortgage partners by telephone (on a recorded line), automated calling, pre-recorded calling, text message, email, fax, telephone or any means, even if you have opted in to the National Do Not Call List, any state equivalent Do Not Call List or the internal Do Not Call List of any company. You understand that the Affiliates and Partners may maintain the information you submitted to us even if you decide not to use their services. In the event you no longer want to receive communications from an Affiliate or Partner, you agree to notify the Affiliate or Partner directly. You can opt-out of various contact methods here: https://www.rocketmortgage.com/opt-out.

Application Of Additional Terms

You acknowledge that certain features of this application, as well other products and services of Rocket Mortgage, including those that may be available through this application, may be subject to terms, conditions and disclaimers in addition to these Terms of Use, and you agree that your use of such products and services will be subject to such additional terms, conditions and disclaimers.

Rocket Mortgage partners with companies such as Finicity to allow you to import your account information instead of uploading documents. You understand and agree that if you participate, we may share the information that you provide, including, but not limited to, your full name, birth date, address, telephone number, and social security number

with our partners so that they may provide us with your accounts and financial information needed for your mortgage application.

Agreement To Provide Accurate Information

In making a loan inquiry, application or in entering into any other transaction or request for information on this website, you agree to provide accurate, true, current, and complete information upon which Rocket Mortgage may rely.

Your Cooperation Needed

Rocket Mortgage generally begins processing your application (which may include ordering an appraisal, credit report, title commitment and other necessary items) upon the submission of a full and complete application. If you submit an application, you agree to cooperate in the application process (including submitting all required documentation in a timely manner) and if needed, to obtain information Rocket Mortgage may need from third parties such as your bank, employer, current mortgage company, etc. In addition, you agree to notify Rocket Mortgage of any changes in any information submitted in connection with your application.

Reasonable Efforts

While Rocket Mortgage will use all of its reasonable efforts to have your application fully processed and closed on or before any applicable rate lock expiration date (if any) and/or anticipated closing date, some process are not under our control. For instance, Rocket Mortgage cannot be responsible for delays in loan approval or closing due to: the untimely receipt of an acceptable appraisal; the untimely receipt of required documentation; your existing home not selling; matters disclosed by a title commitment or survey; any other matters beyond Rocket Mortgage's reasonable control.

Deposit/Refund Policy

When you submit a loan application, Rocket Mortgage will begin to process your application and, as a result, will advance on your behalf costs for certain third party expenses. If you do not fully cooperate in or complete the application process (including submitting all required documentation in a timely manner), choose to withdraw your application, or choose not to close the transaction for any reason, you may be required

to pay for some or all of Rocket Mortgage third party costs. Please review your deposit agreement for details specific to your loan application.

Governing Law

You agree that these Terms of Use shall be governed by and construed in accordance with the laws of the State of Michigan, without giving effect to any principles of conflicts of law. You understand and agree to resolve through final and binding arbitration the following claims, disputes, or controversies arising between you and Rocket Mortgage, LLC, and its parents, affiliates, subsidiaries, or related companies: all claims, disputes, or controversies arising from the Telephone Consumer Protection Act of 1991 ("TCPA"), or state law claims similar to the TCPA. You will arbitrate TCPA claims between you and Rocket Mortgage at a location the arbitrator will determine in compliance with Rocket Mortgage's Governing Law provision. The arbitrator, not the court, will resolve the issue of arbitrability. Any state or federal court having jurisdiction thereof may enter judgment of any award the arbitrator renders. This arbitration contract is made under a transaction in interstate commerce, and the Federal Arbitration Act ("FAA") will govern its interpretation, application, enforcement, and proceedings. As the Governing Law provision indicates, the laws of the State of Michigan govern the enforceability of this arbitration provision as a contract, but not the scope of this provision. Neither you nor Rocket Mortgage are entitled to join or consolidate claims in arbitration by or against other consumers or to arbitrate any claim as a representative or member of a class or in a private attorney general capacity. The parties voluntarily and knowingly waive any right they have to a jury trial for TCPA-related matters which, based on the above, will be arbitrated. You agree that any other action(s) at law or in equity arising out of or relating to these Terms of Use or the use of this website shall be filed only in the state or federal courts located in Wayne County, Michigan, and you hereby consent and submit to the personal jurisdiction of such courts for the purposes of litigating.

Severability

You agree that if any provision of these Terms of Use shall be found to be unlawful or void, or for any reason unenforceable, then that provision shall be deemed severable from the other provisions of these Terms of Use and shall not affect the validity and enforceability of such other provisions.

Disclosures And Licenses

For disclosures and licensing information please visit: [http://www.rocketmortgage.com/legal/disclosures-licenses](http://www.rocketmortgage.com/legal/disclosures-licenses).

Copyright Infringement

Rocket Mortgage is committed to protecting copyrights and expects you to do the same. The Digital Millennium Copyright Act of 1998 (the "DMCA") provides recourse for copyright owners who believe that material appearing on the Internet infringes their rights under U.S. copyright law. If you believe in good faith that any material used or displayed on the Rocket Mortgage infringes your copyright, you (or your agent) may send us a notice requesting that the material be removed, or access to it blocked. If you believe that any material on this application infringes a copyright, or any valid intellectual property right, please provide the following information to Rocket Mortgage's DMCA Agent.

A physical or electronic signature that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works on this application are intended to be covered by a single notification, a complete list of such works and details or descriptions as to their locations within the application;

Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material;

Information reasonably sufficient to permit us to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted;

A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

A statement that the information in the notification is accurate, and under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Please provide this information to Rocket Mortgage's DMCA Agent, who can be reached as follows:

By Mail:
Rocket Mortgage, LLC.
Attn: Legal Team
1050 Woodward Avenue, Detroit, MI 48226

Your California Privacy Rights

California Civil Code § 1798.83 permits our visitors who are California residents to request certain information regarding their disclosure of personal information to third parties for their direct marketing purposes. To make such a request, please write us:

Rocket Mortgage, LLC.
Attn: Legal Team
1050 Woodward Avenue, Detroit, MI 48226

Equal Opportunity Employer

The Company is an equal opportunity employer. Any complaints or concerns about the Company's employment practices may be directed to the Director of Human Resources at (800) 863-4332.