# EXHIBIT B-1

# Lead Information for Dustin Shirley

February 18, 2022



# Basic Consumer Information

- Date: 8/15/2021
- Time: 05:12:06 PM PST
- Traffic Type: Google
- Device Type: Mobile - Iphone
- Phone: 817-507-7546
- Email: dustincshirley@gmail.com
- Address: 9208 pepper grass dr
- IP Address: 69.234.130.196
- LeadID: FC32385D-7CD0-C241-59A4-49535A8F0FCA



2







**15-Year Fixed-Rate Mortgage:** An interest rate of 2.625% (3.084% APR) is for the cost of 2.125 point(s) ($4,250.00) paid at closing. On a $200,000 mortgage, you would make monthly payments of $1,345.38. Monthly payment does not include taxes and insurance premiums. The actual payment amount will be greater. Payment assumes a loan-to-value (LTV) of 74.91%. Mortgage rates could change daily. Actual payments will vary based on your individual situation and current rates. Rates shown valid on publication date as of January 18, 2022, from participant(s) in the LMB Provider Network for qualified consumers.

**30-Year Fixed-Rate Mortgage:** An interest rate of 3.25% (3.498% APR) is for the cost of 2.00 point(s) ($4,000.00) paid at closing. On a $200,000 mortgage, you would make monthly payments of $870.42. Monthly payment does not include taxes and insurance premiums. The actual payment amount will be greater. Payment assumes a loan-to-value (LTV) of 74.91%. Mortgage rates could change daily. Actual payments will vary based on your individual situation and current rates. Rates shown valid on publication date as of January 18, 2022, from participant(s) in the LMB Provider Network for qualified consumers.

A shorter term mortgage enables such borrowers to pay down the amount they owe much faster than a traditional 30-year mortgage. Furthermore, interest rates on shorter term mortgages usually are less than on thirty-year mortgages. More information can be found at https://www.quickenloans.com/mortgage-options/fixed-home-loans

*Savings assume qualified refi candidates, based on the following criteria: 30-year mortgage holders with a maximum 80% loan-to-value (LTV) ratio and credit scores of 720 or higher, who could shave at least 0.75% off their current first lien rate by refinancing.

Advertised rates: Based on a $250,000 conventional refinance loan on a single family primary residence located in Georgia, 740 FICO score and 80% LTV. 15 Year Fixed Rate/APR and 30 Year Fixed Rate/APR includes Discount Points. Rates effective 01/17/2022 and are subject to change without notice.

Advertised rates: Based on a $400,000 conventional refinance loan on a single family primary residence located in Georgia, 740+ FICO score and 80% LTV. 15 Year Fixed Rate/APR includes Discount Points. Rates effective 01/17/2022 and are subject to change without notice.

FHA's nationwide forward mortgage limit "floor" and "ceiling" for a one-unit property in Calendar Year 2021 are $356,362 and $822,375, respectively. https://www.hud.gov/program_offices/housing/sfh/lender/origination/mortgage_limits



4

FHFA's maximum base conforming loan limits for properties NOT in Alaska, Hawaii, Guam and U.S. Virgin Islands for 2021: https://sf.freddiemac.com/articles/news/loan-limits-are-increasing-by-742-in-2021

"GSE" Definition - Government Sponsored Enterprises or Entities that include The Federal National Mortgage Association (FNMA or Fannie Mae), The Federal Home Loan Mortgage Corporation (FHLMC or Freddie Mac) and The Federal Agricultural Mortgage Corporation (Farmer Mac) https://www.fhfaoig.gov/Content/Files/History%20of%20the%20Government%20Sponsored%20Enterprises.pdf

Biden's $10 billion in financial assistance is expected to be available in 2022.

https://finance.yahoo.com/news/biden-signed-10-billion-mortgage-133000243.html

Freddie Mac and Fannie Mae have adopted a new refinance option for loans to borrowers with incomes at or below 80% of area median income. If your mortgage is owned or guaranteed by either Freddie Mac or Fannie Mae, you may be able to refinance your mortgage under this refinance option, subject to certain qualifications. You can determine whether your mortgage is owned by either Freddie Mac or Fannie Mae by checking the following websites:

Freddie Mac Loan Look-Up Tool ( https://loanlookup.freddiemac.com/)

or

Fannie Mae Mortgage Loan Lookup (https://www.knowyouroptions.com/loanlookup)

LowerMyBills is not acting as a lender or broker. The information provided by you to LowerMyBills is not an application for a mortgage loan, nor is it used to pre-qualify you with any lender. If you are contacted by a lender or broker advertising within our network, your quoted rate may be higher depending on your property location, credit score, loan-to-value ratio, debt-to-income ratio, and/or other factors. LowerMyBills does not offer its matching services in all states. This loan may not be available for all credit types, and not all service providers in the LowerMyBills network offer this or other products with interest-only options.





    



**15-Year Fixed-Rate Mortgage:**An interest rate of 2.625% (3.084% APR) is for the cost of 2.125 point(s) ($4,250.00) paid at closing. On a $200,000 mortgage, you would make monthly payments of $1,345.38. Monthly payment does not include taxes and insurance premiums. The actual payment amount will be greater. Payment assumes a loan-to-value (LTV) of 74.91%. Mortgage rates could change daily. Actual payments will vary based on your individual situation and current rates. Rates shown valid on publication date as of January 18, 2022, from participant(s) in the LMB Provider Network for qualified consumers.

**30-Year Fixed-Rate Mortgage:**An interest rate of 3.25% (3.498% APR) is for the cost of 2.00 point(s) ($4,000.00) paid at closing. On a $200,000 mortgage, you would make monthly payments of $870.42. Monthly payment does not include taxes and insurance premiums. The actual payment amount will be greater. Payment assumes a loan-to-value (LTV) of 74.91%. Mortgage rates could change daily. Actual payments will vary based on your individual situation and current rates. Rates shown valid on publication date as of January 18, 2022, from participant(s) in the LMB Provider Network for qualified consumers.

A shorter term mortgage enables such borrowers to pay down the amount they owe much faster than a traditional 30-year mortgage. Furthermore, interest rates on shorter term mortgages usually are less than on thirty-year mortgages. More information can be found at https://www.quickenloans.com/mortgage-options/fixed-home-loans

*Savings assume qualified refi candidates, based on the following criteria: 30-year mortgage holders with a maximum 80% loan-to-value (LTV) ratio and credit scores of 720 or higher, who could shave at least 0.75% off their current first lien rate by refinancing.

Advertised rates: Based on a $250,000 conventional refinance loan on a single family primary residence located in Georgia, 740 FICO score and 80% LTV. 15 Year Fixed Rate/APR and 30 Year Fixed Rate/APR includes Discount Points. Rates effective 01/17/2022 and are subject to change without notice.

Advertised rates: Based on a $400,000 conventional refinance loan on a single family primary residence located in Georgia, 740+ FICO score and 80% LTV. 15 Year Fixed Rate/APR includes Discount Points. Rates effective 01/17/2022 and are subject to change without notice.

FHA's nationwide forward mortgage limit "floor" and "ceiling" for a one-unit property in Calendar Year 2021 are $356,362 and $822,375, respectively. https://www.hud.gov/program_offices/housing/sfh/lender/origination/mortgage_limits



FHFA's maximum base conforming loan limits for properties NOT in Alaska, Hawaii, Guam and U.S. Virgin Islands for 2021: https://sf.freddiemac.com/articles/news/loan-limits-are-increasing-by-742-in-2021

"GSE" Definition - Government Sponsored Enterprises or Entities that include The Federal National Mortgage Association [FNMA or Fannie Mae], The Federal Home Loan Mortgage Corporation [FHLMC or Freddie Mac] and The Federal Agricultural Mortgage Corporation (Farmer Mac) https://www.fhfaoig.gov/Content/Files /History%20of%20the%20Government%20Sponsored%20Enterprises.pdf

Biden's $10 billion in financial assistance is expected to be available in 2022.

https://finance.yahoo.com/news/biden-signed-10-billion-mortgage-133000243.html

Freddie Mac and Fannie Mae have adopted a new refinance option for loans to borrowers with incomes at or below 80% of area median income. If your mortgage is owned or guaranteed by either Freddie Mac or Fannie Mae, you may be able to refinance your mortgage under this refinance option, subject to certain qualifications. You can determine whether your mortgage is owned by either Freddie Mac or Fannie Mae by checking the following websites:

Freddie Mac Loan Look-Up Tool ( https://loanlookup.freddiemac.com/)

or

Fannie Mae Mortgage Loan Lookup (https://www.knowyouroptions.com/loanlookup)

LowerMyBills is not acting as a lender or broker. The information provided by you to LowerMyBills is not an application for a mortgage loan, nor is it used to pre-qualify you with any lender. If you are contacted by a lender or broker advertising within our network, your quoted rate may be higher depending on your property location, credit score, loan-to-value ratio, debt-to-income ratio, and/or other factors. LowerMyBills does not offer its matching services in all states. This loan may not be available for all credit types, and not all service providers in the LowerMyBills network offer this or other products with interest-only options.



Viewed as one scrolling page on mobile – screenshot split for readability



# Let's learn about your current mortgage.

These details will help us calculate your estimated rates, monthly payment and find lenders for your refinance. **We're looking at every way to help qualified homeowners save with lenders.**

**75%**

"They keep up on interest rates, have **saved me over $1,000 a month** on my payments AND cut 4 years off the time of my home loan! Amazing!"

★★★★★

Karen V. (Verified Customer)

**What year did you purchase your home?**
OK to estimate

Select One

**How much is your home worth?**
OK to estimate

$ Select One

**Household Income**
Include spouse/domestic partner

Select One

**What is your monthly electricity bill?**

Select One

**What is your mortgage interest rate?**
OK to estimate

Select One

**What is your mortgage balance?**
OK to estimate

Select One

**What is your monthly mortgage payment?**
OK to estimate

$ Select One

**Who is your mortgage with?**
Who do you make mortgage payments to?

Select One

**Existing Type of Rate**
○ Fixed ○ Adjustable

**Do you have credit card debt?**
47% of Americans have credit card debt. Homeowners who take cash out of their home to reduce credit card debt, could save thousands.
○ Yes ○ No

**Additional cash you wish to borrow?**
Popular Option
80% of homeowners have cash in their home that they can use. Get money out of your home and use it for anything you want.

$ Select One

## Calculate

Featured Provider

**Quicken Loans**

Excellent
★★★★★
Based on 19,017 reviews
★ Trustpilot

★★★★★ 4 hours ago
**Painless**
They made the process easy and painless!
SHANNON WILKES

★★★★★ 15 hours ago
**Rocket mortgage is absolut...**
Rocket mortgage is absolutely the best. I have refinanced a few times
JOSEPH THULL

Showing our 5 star reviews

©2000-2021 Rocket Mortgage, LLC. (d/b/a Quicken Loans). All rights reserved. Lending services provided by Rocket Mortgage, LLC, a subsidiary of Rocket Companies, Inc. (NYSE: RKT). "Quicken Loans" is a registered service mark of Intuit Inc., used under license.

Rocket Mortgage: E-Mail Policy | Security and Privacy | Disclosures and Licenses | Terms of Use | Communication Opt-Out

Data is collected by LowerMyBills on behalf of Rocket Mortgage. LowerMyBills is not acting as a lender or broker. The information provided by you to LowerMyBills is not an application for a mortgage loan, nor is it used to pre-qualify you with any lender. If you are contacted by a lender or broker advertising within our network, your quoted rate may be higher depending on your property location, credit score, loan-to-value ratio, debt-to-income ratio, and/or other factors. LowerMyBills does not offer its matching services in all states.This loan may not be available for all credit types, and not all service providers in the LowerMyBills network offer this or other products with interest-only options.

LowerMyBills: Terms of Use | Our Privacy | State Privacy Notices | Licenses & Disclosures | Ad Targeting Policy



**LowerMyBills.com**
A Core Digital Media Company

9

©2000-2021 Rocket Mortgage, LLC (d/b/a Quicken Loans). All rights reserved. Lending services provided by Rocket Mortgage, LLC, a subsidiary of Rocket Companies, Inc. (NYSE: RKT). "Quicken Loans" is a registered service mark of Intuit Inc., used under license.

Rocket Mortgage: E-Mail Policy | Security and Privacy | Disclosures and Licenses | Terms of Use | Communication Opt-Out

Data is collected by LowerMyBills on behalf of Rocket Mortgage. LowerMyBills is not acting as a lender or broker. The information provided by you to LowerMyBills is not an application for a mortgage loan, nor is it used to pre-qualify you with any lender. If you are contacted by a lender or broker advertising within our network, your quoted rate may be higher depending on your property location, credit score, loan-to-value ratio, debt-to-income ratio, and/or other factors. LowerMyBills does not offer its matching services in all states.This loan may not be available for all credit types, and not all service providers in the LowerMyBills network offer this or other products with interest-only options.

LowerMyBills: Terms of Use | Our Privacy | State Privacy Notices | Licenses & Disclosures | Ad Targeting Policy

    



# Next, let's learn about your property.

Based on your current loan information, there may be lenders available! Learning about your property and some financial history helps us fine-tune these results.

**90%**

"They keep up on interest rates, have **saved me over $1,000 a month** on my payments AND cut 4 years off the time of my home loan! Amazing!"

★★★★★

Karen V. *(Verified Customer)*

### How old are you?

Select One

### Employment status

Employed

### Purpose of Taking Cash Out

Select One

### Any bankruptcy in the past 3 years?
Ok to estimate
○ Yes ◉ No

### Do you currently have an FHA loan?
Federal Housing Administration
○ Yes ◉ No ○ I Don't Know

### Do you currently pay for PMI?
Private Mortgage Insurance
○ Yes ○ No ◉ I Don't Know

### Number of late mortgage payments in the past 12 months?

None



**Street**

**State / City**

CA - Los Angeles

**Email Address** 🔒
We respect your privacy

## Calculate

By clicking the button above, you agree to be contacted by LowerMyBills, at the address entered above for promotional emails and consent, electronically via E-sign, to the LMB Lending Terms of Use, Privacy Policy, and Consent to Doing Business Electronically.

*Featured Provider*





| Excellent | ★★★★★ 4 hours ago | ★★★★★ 15 hours ago |
|---|---|---|
| ★★★★★ | **Painless** | **Rocket mortgage is absolut...** |
| Based on 19,017 reviews | They made the process easy and painless! | Rocket mortgage is absolutely the best. I have refinanced a few times |
| ★ Trustpilot | SHANNON WILKES | JOSEPH THULL |
| | Showing our 5 star reviews | |

©2000-2021 Rocket Mortgage, LLC (d/b/a Quicken Loans). All rights reserved. Lending services provided by Rocket Mortgage, LLC, a subsidiary of Rocket Companies, Inc. (NYSE: RKT). "Quicken Loans" is a registered service mark of Intuit Inc., used under license.

Rocket Mortgage: E-Mail Policy | Security and Privacy | Disclosures and Licenses | Terms of Use | Communication Opt-Out

Data is collected by LowerMyBills on behalf of Rocket Mortgage. LowerMyBills is not acting as a lender or broker. The information provided by you to LowerMyBills is not an application for a mortgage loan, nor is it used to pre-qualify you with any lender. If you are contacted by a lender or broker advertising within our network, your quoted rate may be higher depending on your property location, credit score, loan-to-value ratio, debt-to-income ratio, and/or other factors. LowerMyBills does not offer its matching services in all states.This loan may not be available for all credit types, and not all service providers in the LowerMyBills network offer this or other products with interest-only options.

LowerMyBills: Terms of Use | Our Privacy | State Privacy Notices | Licenses & Disclosures | Ad Targeting Policy

 

## Calculate

By clicking the button above, you agree to be contacted by LowerMyBills, at the address entered above for promotional emails and consent, electronically via E-sign, to the LMB Lending Terms of Use, Privacy Policy, and Consent to Doing Business Electronically.

Featured Provider





12

©2000-2021 Rocket Mortgage, LLC (d/b/a Quicken Loans). All rights reserved. Lending services provided by Rocket Mortgage, LLC, a subsidiary of Rocket Companies, Inc. (NYSE: RKT). "Quicken Loans" is a registered service mark of Intuit Inc., used under license.

Rocket Mortgage: E-Mail Policy | Security and Privacy | Disclosures and Licenses | Terms of Use | Communication Opt-Out

Data is collected by LowerMyBills on behalf of Rocket Mortgage. LowerMyBills is not acting as a lender or broker. The information provided by you to LowerMyBills is not an application for a mortgage loan, nor is it used to pre-qualify you with any lender. If you are contacted by a lender or broker advertising within our network, your quoted rate may be higher depending on your property location, credit score, loan-to-value ratio, debt-to-income ratio, and/or other factors. LowerMyBills does not offer its matching services in all states.This loan may not be available for all credit types, and not all service providers in the LowerMyBills network offer this or other products with interest-only options.

LowerMyBills: Terms of Use | Our Privacy | State Privacy Notices | Licenses & Disclosures | Ad Targeting Policy

   



Submit page, full screen view





# Finally, let's learn about the current borrower.

We've prepped your results and are ready to finalize them so you can get on the path to potentially saving money with lenders. We just need some details about yourself to make sure everything is covered!

**99%**

"They keep up on interest rates, have **saved me over $1,000 a month** on my payments AND cut 4 years off the time of my home loan! Amazing!"

★★★★★

Karen V. *(Verified Customer)*

**My Current Occupation**

Select One

**Active or previous U.S. military service?**
○ Yes ○ No

**Are you or your spouse currently in a VA loan?**
○ Yes ○ No

**First Name** 🔒
We respect your privacy.

**Last Name** 🔒

**Primary Residence** 🔒
We respect your privacy.
**Street**

Viewed as one scrolling page on mobile – screenshot split for readability

**City**

**State**

**ZIP Code**

**Phone Number** 🔒
( )    -

**Secondary Phone Number** 🔒
Optional
( )    -

Enter your phone number above to receive automated and/or pre-recorded calls only from us and/or the providers that are matched to you.

**Calculate your FREE results** ❯

By clicking the button above, you express your understanding and consent, electronically via E-sign, to the following:

1. To be matched with, and contacted by, up to 5 participants in the LMB Provider Network about mortgage and financial services products and consent (not required as a condition to purchase a good/service) for us and them to contact you for marketing purposes (including through the use of an automatic telephone dialing system, artificial or prerecorded message) via telephone or text at the phone number provided above (including SMS and MMS) and email even if you are on a corporate, state or national Do Not call Registry. You may revoke your consent at any time. You agree that LMB Core Digital Media, and Rocket Mortgage can share your personal data and contact information with third parties such as mortgage partners, partner companies and other affiliates, and that these parties may use your personal data and contact information for marketing and analytics and to make your experience easier. As an alternative, you may contact us by email at customercare@coredigitalmedia.com.

2. To the LMB Lending Terms of Use, Privacy Policy, and Consent to Doing Business Electronically.

3. And that as a condition of such consent, you are providing express Written Instructions (as defined under applicable law(s)) to LMB to allow your information in order to reference your consumer credit report for the purpose of validating your self-reported information, Matched Providers will contact you directly to discuss their financial services and products, and to gather additional information, in order to best service your request for information and products.

4. Additionally, if selected above, you consent to be matched to up to an additional 3 providers about solar services, home improvement services, home insurance services, and realtor services, and consent (not required as a condition to purchase a good/service) for us and them to contact you for marketing purposes (including through the use of an automatic telephone dialing system, artificial or prerecorded message) via telephone at the phone number provided above (including SMS and MMS), and email even if you are on a corporate, state or national Do Not call Registry. You may revoke your consent at any time. As an alternative, you may contact us by email at customercare@coredigitalmedia.com.



15

that are matched to you.

## Calculate your FREE results ›

By clicking the button above, you express your understanding and consent, electronically via E- sign, to the following:

1. To be matched with and contacted by, up to 5 participants in the LMB Provider Network about mortgage and financial services products, and consent (not required as a condition to purchase a good/service) for us and them to contact you for marketing purposes (including through the use of an automatic telephone dialing system, artificial or prerecorded means) via telephone or text at the phone number provided above (including SMS and MMS), and email, even if you are on a corporate, state or national Do Not call Registry. You may revoke your consent at any time. You agree that LMB, Core Digital Media, and Rocket Mortgage can share your personal data and contact information with third parties, such as mortgage partners, partner companies, and other affiliates, and that these parties may use your personal data and contact information for marketing and analytics, and to make your experience easier. As an alternative, you may contact us by email at customercare@coredigital.com.

2. To the LMB Lending Terms of Use, Privacy Policy, and Consent to Doing Business Electronically.

3. And that as a condition of such consent, you are providing express Written Instructions (as defined under applicable law(s)) to LMB to utilize your information in order to reference your consumer credit report for the purpose of validating your self-reported information. Matched Providers will contact you directly to discuss their financial services and products, and to gather additional information, in order to best service your request for information and products.

4. Additionally, if selected above, you consent to be matched to up to an additional 3 providers about solar services, home improvement services, home insurance services, and realtor services, and consent (not required as a condition to purchase a good/service) for us and them to contact you for marketing purposes (including through the use of an automatic telephone dialing system, artificial or prerecorded means) via telephone at the phone number provided above (including SMS and MMS), and email, even if you are on a corporate, state or national Do Not call Registry. You may revoke your consent at any time. As an alternative, you may contact us by email at customercare@coredigital.com

### Featured Provider



16

©2000-2021 Rocket Mortgage, LLC (d/b/a Quicken Loans). All rights reserved. Lending services provided by Rocket Mortgage, LLC, a subsidiary of Rocket Companies, Inc. (NYSE: RKT). "Quicken Loans" is a registered service mark of Intuit Inc., used under license.

Rocket Mortgage: E-Mail Policy | Security and Privacy | Disclosures and Licenses | Terms of Use | Communication Opt-Out

Data is collected by LowerMyBills on behalf of Rocket Mortgage. LowerMyBills is not acting as a lender or broker. The information provided by you to LowerMyBills is not an application for a mortgage loan, nor is it used to pre-qualify you with any lender. If you are contacted by a lender or broker advertising within our network, your quoted rate may be higher depending on your property location, credit score, loan-to-value ratio, debt-to-income ratio, and/or other factors. LowerMyBills does not offer its matching services in all states.This loan may not be available for all credit types, and not all service providers in the LowerMyBills network offer this or other products with interest-only options.

LowerMyBills: Terms of Use | Our Privacy | State Privacy Notices | Licenses & Disclosures | Ad Targeting Policy

    

17

