# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Dustin Shirley, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Rocket Mortgage, LLC, <br><br> Defendant. | Case No. 2:21-cv-13007-SFC-KGA <br><br> Hon. Judge Sean F. Cox <br>         U.S. District Judge <br><br> Hon. Kimberly G. Altman <br>         U.S. Magistrate Judge |

## DECLARATION OF W. KYLE TAYMAN IN SUPPORT OF ROCKET MORTGAGE, LLC'S MOTION TO COMPEL ARBITRATION

I, W. Kyle Tayman, hereby declare and state as follows:

1.  I am a partner with the law firm Goodwin Procter LLP and a member of the Massachusetts and District of Columbia bars. I am counsel to Rocket Mortgage, LLC ("Rocket Mortgage") in the above captioned matter.

2.  I make this declaration in support of Rocket Mortgage's Motion to Compel Arbitration.  The facts set forth in this declaration are of my own personal knowledge, and the information provided herein is true and correct to the best of my current knowledge.

3.  Attached hereto as **Exhibit 1** is a true and correct copy of public property records of Tarrant County, Texas, that researchers at my firm and acting under my direction and supervision obtained on February 14, 2022 by accessing the

1

Tarrant County Appraisal District's Website, *available at* https://www.tad.org/property/42363851/. Page 1 of Exhibit 1 shows that "Dustin Carl Shirley" is listed as the owner of the residential property located at 9208 Pepper Grass Drive, Fort Worth, Texas 76131.

4. Attached hereto as **Exhibit 2** is a true and correct screenshot of public property tax records of Tarrant County, Texas, that researchers at my firm and acting under my direction and supervision obtained on February 24, 2022 by accessing the Tarrant County, Texas Property Tax Records, *available at* https://taxonline.tarrantcounty.com/TaxWeb/accountInfoTAD.asp?row=42363851. Exhibit 2 shows that "Dustin Carl Shirley" is listed as the owner of the residential property located at 9208 Pepper Grass Drive, Fort Worth, Texas 76131.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2021

/s/ W. Kyle Tayman
W. Kyle Tayman

2