UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dustin Shirley,

    Plaintiff,

v.   Case No. 21-13007

Rocket Mortgage, LLC.,   Sean F. Cox
                                       United States District Court Judge

    Defendants.
_____/

## ORDER REGARDING
## RECENTLY FILED MOTION TO DISMISS

Defendant Rocket Mortgage, LLC. recently filed a Motion to Dismiss. (Docket Entry No. 10). Without expressing any view regarding the merits of the Motion to Dismiss, the Court shall afford Plaintiff the opportunity to cure the purported deficiencies by filing an amended complaint. The Court hereby **ORDERS** that any amended complaint must be filed within twenty one days of today's date.

Accordingly, Plaintiff is presented with a choice of how to proceed, given that a Motion to Dismiss has been filed. Within twenty one days of today's date, Plaintiff may either: 1) file an amended complaint, in which case this Court will deny without prejudice the currently pending Motion to Dismiss as moot; OR 2) file a response to the pending Motion to Dismiss, and the Court will decide the motion based upon the existing complaint.[1]

IT IS SO ORDERED.

---

[1] If Plaintiff elects not to file an amended complaint and the Court rules on the pending motion, any dismissal may be with prejudice.

1

        s/Sean F. Cox  
        Sean F. Cox  
        United States District Judge

Dated:  March 3, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 3, 2022, by electronic and/or ordinary mail.

        s/Jennifer McCoy  
        Case Manager