# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Dustin Shirley, *on behalf of himself and others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Rocket Mortgage, LLC,<br><br>　　　　　Defendant. | Case No. 2:21-cv-13007-SFC-KGA<br><br>Hon. Judge Sean F. Cox<br>　　U.S. District Judge<br><br>Hon. Kimberly G. Altman<br>　　U.S. Magistrate Judge |

**INDEX OF EXHIBITS TO ROCKET MORTGAGE, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBIT TO REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND DISMISS THE COMPLAINT**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| Exhibit A | Redacted Version of Declaration of Manny Wald |
| Exhibit B | Unredacted Version of Declaration of Manny Wald to be Sealed Pursuant to L.R. 5.3(b)(3)(B)(iii) |
| Exhibit C | Redacted Version of Exhibit A to Declaration of Manny Wald |
| Exhibit D | Unredacted Version of Exhibit A to Declaration of Manny Wald to be Sealed Pursuant to L.R. 5.3(b)(3)(B)(iii) |
| Exhibit E | *Cahoo v. SAS Inst. Inc.,* 2020 WL 11563943 (E.D. Mich. July 27, 2020) |
| Exhibit F | *Procter & Gamble Co. v. Ranir, LLC,* 2017 WL 3537195 (S.D. Ohio Aug. 17, 2017) |