# EXHIBIT A

REDACTED VERSION OF DOCUMENT TO BE SEALED
PURSUANT TO LR 5.3(b)(3)(B)(iii)

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Dustin Shirley, *on behalf of himself and others similarly situated*,

      Plaintiff,

v.

Rocket Mortgage, LLC,

      Defendant.

Case No. 2:21-cv-13007-SFC-KGA

Hon. Judge Sean F. Cox
    U.S. District Judge

Hon. Kimberly G. Altman
    U.S. Magistrate Judge

## DECLARATION OF MANNY WALD

I, Manny Wald, hereby declare and state as follows:

1.    I am the Technical Co-Founder for Lead Intelligence, Inc., d/b/a Jornaya ("Jornaya"), where I have worked since 2011. From my current role and experience working for Jornaya for the last 10 years, I have personal knowledge of the Guardian TCPA Reports that Jornaya creates and maintains as part of its regular activity in the ordinary course of business for its clients.

2.    The facts set forth in this Declaration are of my own personal knowledge, and the information provided herein is true and correct to the best of my current knowledge and information.

3.    Jornaya's TCPA Guardian Service runs a proprietary script on client's webpages to capture and verify a consumer's consent to receive calls or text messages when that consumer visits and interacts with a webpage running Jornaya's

1

script.  Jornaya's TCPA Guardian Service clients have access to a Guardian TCPA Report and Visual Playback that are created from the consumer visit to the webpage.

4.    The Report provides a summary of key verification points from a consumer's interaction on the client's webpages running the Jornaya script, including any personally-identifying information entered by the consumer during the visit, any webforms or other questionnaires the consumer completes, the consent to contact and other disclosures shown to the consumer at the time of the lead creation event, the consumer's action affirming his or her agreement to the website's terms and conditions, and the consumer's action affirming his or her consent to be contacted.

5.    The Visual Playback is a visual rendering of the actual consumer visit, showing among other things what the consumer did as they completed the lead creation form and what disclosures were made to the consumer as they did so. Throughout the lead creation event, every time the client's webpage loads or changes, Jornaya's script collects all form fields and other data provided during a consumer's interaction on a lead creation form.  The data is stored and can be retrieved to visually render a fair and accurate depiction of the lead creation experience as of the time of the consumer's visit, including the disclosure language presented to the consumer and how the consumer interacted with the webpage and progressed through the web flow.

6.      Attached hereto as **Exhibit A** is a true and correct copy of the Guardian TCPA Report bearing the LeadID FC32385D-7CD0-C241-59A4-49535A8F0FCA. The Report includes an internet link at the bottom of page 5 to the Visual Playback for the same LeadID (*available at* ██████████████████████████ ██████████████████████████████████████).

**Exhibit A**, p. 5.

7.      Attached as **Exhibits B** and **C** are true and accurate screenshots taken from the Visual Playback available through the Report.

8.      Exhibit A (the Guardian Report) and the Visual Playback available through the internet link identified in Paragraph 6 above were generated in the normal course of Jornaya's business from data and other information collected by Jornaya contemporaneously with the completion and electronic submission of a lead form on LowerMyBills.com by Dustin Shirley at on August 15, 2021 (*see* Ex. A, p. 5).

9.      The Visual Playback (and Exhibits B and C) fairly and accurately depicts the appearance and content of the LowerMyBills.com website as it existed at the time of Mr. Shirley's visit on August 15, 2021.

10.     The details provided and submitted as part of the August 15, 2021 lead creation from Mr. Shirley are kept in the ordinary course of Jornaya's business, and it is the regular practice of Jornaya to make such records available to clients who

have agreed to license and pay for Jornaya's TCPA Guardian services, which includes the Visual Playback.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 31, 2022

_____

Manny Wald