# EXHIBIT 1-B

**Email Address** 🔒
We respect your privacy

**Calculate**

By clicking the button above, you agree to be contacted by LowerMyBills, at the address entered above for promotional emails and consent, electronically via E-sign, to the LMB Lending Terms of Use, Privacy Policy, and Consent to Doing Business Electronically.

Featured Provider

**Quicken Loans**