# EXHIBIT 2-A

**Video Exhibit Filed by Traditional Means**