UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dustin Shirley,

    Plaintiff,

v.                                                                                   Civil Case No. 2:21-cv-13007

Rocket Mortgage,                                                       Sean F. Cox
                                                                                     United States District Court Judge

    Defendant.
_____/

## **ORDER**

For the reasons set forth in the Opinion & Order issued on July 7, 2022 (ECF No. 34), **IT IS ORDERED** that the parties are **COMPELLED** to arbitrate the claims asserted in this action.

**IT IS FURTHER ORDERED** that this action is **CLOSED** on the Court's docket for statistical purposes.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in accordance with the Federal Arbitration Act, 9 U.S.C. §§ 1-16, for the purposes of confirming, vacating, or correcting any arbitration award. Any party may move to do so at the conclusion of the arbitration proceedings.

Dated:  July 12, 2022                                  s/Sean F. Cox
                                                                Sean F. Cox
                                                                U. S. District Judge